**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 344 EAL 2014
                                            :
                  Respondent           : Petition for Allowance of Appeal from the
                                              : Order of the Superior Court
                                            :
                 v.                               :
                                              :
                                              :
GABRIEL PERAZZO,                       :
                                              :
                     Petitioner                :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.